Jon T. Pearson
Nevada Bar No. 10182
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel:  215.665.8500
Fax:  215.864.8999
pearsonj@ballardspahr.com

Edward Chang
Nevada Bar No. 11783
**BALLARD SPAHR LLP**
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Tel:  (702) 471-7000
Fax:  (702) 471-7070
change@ballardspahr.com

*Attorneys for Appellee*
*PNC Mortgage, a division of PNC Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARLTON E. GRAHAM and HYACINTH A. GRAHAM,<br><br>Debtors. | USDC Case No. 2:15-cv-00325-RFB<br><br>Case No. BK-S-12-13537-BTB<br><br>Chapter 13 |
| CARLTON E. GRAHAM and HYACINTH A. GRAHAM,<br><br>Appellants.<br><br>v.<br><br>PNC MORTGAGE, a division of PNC Bank, N.A.,<br><br>Appellee. | **MOTION TO EXTEND TIME TO FILE ANSWERING BRIEF**<br><br>**(FIRST REQUEST)** |

DMEAST #21447206 v1

1  Appellee PNC Mortgage, a division of PNC Bank, N.A. ("**PNC Bank**"),
2  pursuant to LR 6–1, moves this Court for entry of an order, substantially in the form
3  attached as **Exhibit 1**, extending the time for PNC Bank to file its answering brief.
4  In support hereof, PNC Bank respectfully states as follows:

5  1.   In this appeal, appellants Carlton and Hyacinth Graham (collectively,
6  "**Debtors**") seek this Court's review of four orders that were entered by the U.S.
7  Bankruptcy Court, District of Nevada on February 13, 2015:  (a) Order Granting
8  Motion for Relief from the Automatic Stay (California Property); (b) Order
9  Granting Motion for Relief from the Automatic Stay (Nevada Property); (c) Order
10  Denying Debtors' Motion to Declare PNC Mortgage, a Division of PNC Bank, N.A.
11  an Unsecured Creditor; and (d) Order Overruling Debtors' Objection to Claim 19-1
12  of PNC Mortgage (collectively, the "**Orders**").

13  2.   On March 13, 2015, this Court entered a briefing schedule that required
14  Debtors' opening brief to be filed on or before March 30, 2015, and PNC Bank's
15  answering brief to be filed on or before April 16, 2015.   (ECF No. 4)
16  The Court's briefing schedule also stated that PNC Bank's answering brief is due
17  14-days after Debtors filed and served their answering brief.  (*Id.*)

18  3.   Debtors filed their opening brief on March 25, 2015.  (ECF No. 5)
19  Thus, PNC Bank's answering brief is either due April 13, 2015 (14-days after
20  Debtors filed and served their opening brief), or April 16, 2015 (as stated in the
21  Court's briefing schedule).  However, for the reasons set forth below, PNC Bank
22  respectfully requests that it be allowed to file its answering brief on or before
23  Thursday, April 23, 2015.

24  4.   Debtors' opening brief neither complies with Rule 8014 of the Federal
25  Rules of Bankruptcy Procedure, nor this Court's order entered on March 13, 2015.
26  Specifically, Debtors' opening brief does not contain, among other things, (a) a
27  jurisdictional statement, (b) statement of issues; (c) concise statement of the case;
28  and (d) summary of argument.  In addition, Debtors did not file an appendix of

excerpts of record. PNC Bank will therefore need to prepare an appendix of excerpts of record, and include a jurisdictional statement, statement of issues, and statement of case in its answering brief. Thus, based on Debtors' noncompliance, PNC Bank will need additional time to prepare an appropriate answering brief that complies with Rule 8014 of the Federal Rules of Bankruptcy Procedure and this Court's order.

5. In addition to adequately responding to Debtors' opening brief and compliance with the applicable rules, PNC Bank's undersigned counsel has significant other professional commitments, including (a) drafting a dispositive motion in connection with a swaps derivatives case in the *Lehman Brothers* bankruptcy pending before the U.S. Bankruptcy Court forth the Southern District of New York, (b) drafting an answering brief for an appeal pending before the U.S. Court of Appeals for the Ninth Circuit, (c) drafting various motions in connection with a nationwide remediation project for a large financial institution that inadvertently disclosed certain personal identifying information, and (d) drafting numerous motions in limine in connection with a case that is set for a jury trial in June, that has made it difficult for him to prepare PNC Bank's answering brief within the current time frames set forth in this Court's briefing schedule.

6. PNC Bank has not previously requested an extension of time.

7. Although PNC Bank's undersigned counsel has (and will continue to) act diligently in complying with the current schedule, his obligations pending in the matters described above make it necessary to obtain the requested extension in this case. If the extension is granted, PNC Bank will file its brief within the time requested.

1        8.      Therefore, due to PNC Bank's undersigned counsel's diligence and

2   substantial need for an extension, PNC Bank's requests that this Court enter an order

3   extending the time for PNC Bank to file its answering brief.

4        Dated:  April 13, 2015

5

6                                                s/ *Jon T. Pearson*
                                                 Jon T. Pearson
7                                                Nevada Bar No. 10182
                                                 **BALLARD SPAHR** LLP
8                                                1735 Market Street, 51st Floor
                                                 Philadelphia, PA 19103
9                                                Tel:  215.665.8500
                                                 Fax:  215.864.8999
10                                               pearsonj@ballardspahr.com

11                                               Edward Chang
                                                 Nevada Bar No. 11783
12                                               **BALLARD SPAHR** LLP
                                                 100 North City Parkway, Suite 1750
13                                               Las Vegas, Nevada 89106
                                                 Tel:  (702) 471-7000
14                                               Fax:  (702) 471-7070
                                                 change@ballardspahr.com
15
                                                 *Attorneys for Appellee*
16                                               *PNC Mortgage, a division of PNC Bank, N.A.*

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF MAILING

I hereby certify that on April 13, 2015, and pursuant to Fed. R. Civ. P. 5(b), a true and correct copy of the foregoing, was electronically filed and served to the following in the manner set forth below:

Carlton E. Graham
Hyacinth A. Graham
2706 Riceville Drive
Henderson, NV 89052

☐  HAND DELIVERY

☐  E-MAIL TRANSMISSION VIA CM/ECF SYSTEM

■  U.S. MAIL, POSTAGE PREPAID

☐  Certified Mail, Receipt No. _____
   Return receipt requested

s/ *Sarah Walton*
An employee of BALLARD SPAHR LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARLTON E. GRAHAM and<br>HYACINTH A. GRAHAM,<br><br>           Debtors. | USDC Case No. 2:15-cv-00325-RFB<br><br>Case No. BK-S-12-13537-BTB<br><br>Chapter 13 |
| CARLTON E. GRAHAM and<br>HYACINTH A. GRAHAM,<br><br>           Appellants.<br><br>v.<br><br>PNC MORTGAGE, a division of PNC<br>Bank, N.A.,<br><br>           Appellee. | **ORDER** |

Upon consideration of the Motion to Extend Time to File Answering Brief (the "**Motion**") filed by appellee PNC Mortgage, a division of PNC Bank, N.A. ("**PNC Bank**") on April 13, 2015, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The deadline for PNC Bank to file its answering brief shall be extended to April 23, 2015; and

DMEAST #21447206 v1

1        3.      Debtors' reply brief shall be filed no later than 14-days after PNC Bank

2   files and serves its answering brief.

3        **IT IS SO ORDERED.**

4        Dated:  April <u>16th</u>, 2015.

5

6        _____

7        RICHARD F. BOULWARE, II
         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28